**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 01-2501**

─────────

JACK N. LUCK; JENNIE D. LUCK; WILLIAM C. LUCK,

                                    Plaintiffs - Appellants,

        versus

UNITED STATES OF AMERICA; DONALD A. DAVID;
THOMAS P. GOURLEY; THOMAS A. SLATE; ANN
VENEMAN, Secretary of United States Department
of Agriculture,

                                    Defendants - Appellees.

─────────

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg. Norman K. Moon, District Judge.
(CA-01-16-6)

─────────

Submitted: February 27, 2002          Decided: March 15, 2002

─────────

Before WILKINS, MICHAEL, and KING, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Jack N. Luck, Jennie D. Luck, William C. Luck, Appellants Pro Se. Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for Appellees.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jack N. Luck, Jennie D. Luck, and William C. Luck appeal the district court's order granting the Defendants' motion to dismiss their action filed pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C.A. § 1346 (West 1994 & Supp. 2001), and <u>Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and the district court's opinion and final order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Luck v. United States</u>, No. CA-01-16-6 (W.D. Va. Oct. 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>